AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

ORIGINAL

SEALED

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:24cr3 |
| | ) | FID: 11632248 |
| Autumn Nicole Simpson | ) | HSI |
| a/k/a | ) | |
| "Godmother" | ) | |
| _____ | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Autumn Nicole Simpson a/k/a "Godmother"                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1) and 841(b)(1)(A), and (B)(C) - Conspiracy to Manufacture, Distribute, and Possess with Intent to
Manufacture and Distribute Methamphetamine and Fentanyl


Date:     01/17/2024

*Issuing officer's signature*

City and state:     Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/25/2024 , and the person was arrested on *(date)*  1/25/2024 at *(city and state)*  Virginia Beach, VA
FILED
IN OPEN COURT
Date: 1/25/2024
JAN 2 6 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
*Arresting officer's signature*
George Fox / Special Agent /HSI
*Printed name and title* |