# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

SEALED

RECEIVED UNITED STATES MARSHAL
2024 JAN 18 P 2:21
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| United States of America<br>v.<br>Randle Shane Bohren<br>a/k/a "Scrap"<br><br>*Defendant* | )<br>)  Case No. 4:24cr3<br>)<br>)  FID: 11632461<br>)  HSI<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Randle Shane Bohren a/k/a "Scrap",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1) and 841(b)(1)(A), and (B)(C) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Methamphetamine and Fentanyl

Date: 01/17/2024

*Issuing officer's signature*

City and state: Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/25/2024, and the person was arrested on *(date)* 1/25/2024
at *(city and state)* 1/26/2024.

Date: 1/26/2024

FILED IN OPEN COURT
JAN 26 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

George A Fox Special Agent HSI
*Printed name and title*