ORIGINAL
SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Stephen Ashley Parrish a/k/a "Holeshot" | ) Case No. 4:24cr3 |
| | ) FID: 11632441 |
| | ) HSI |
| Defendant | ) |

RECEIVED UNITED STATES MARSHAL
2024 JAN 18 P 12:20
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephen Ashley Parrish a/k/a "Holeshot",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1) and 841(b)(1)(A), and (B)(C) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Methamphetamine and Fentanyl

Date: 01/17/2024

*Issuing officer's signature*

City and state: Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/29/24, and the person was arrested on *(date)* 1/29/24
at *(city and state)* Norfolk, VA.

Date: 1/29/24

*Arresting officer's signature*

George Fox / Special Agent HSI
*Printed name and title*

FILED IN OPEN COURT
JAN 29 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA