# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

Benjamin Wills
a/k/a "Jacquonda Baskerville"
a/k/a "Killah"

*Defendant*

)
)
) Case No.  4:24cr3
)
) FID: 11632192
) HSI
)

*RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION 2023 JAN 18 A 10:55*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Benjamin Wills a/k/a "Jacquonda Baskerville" a/k/a "Killah",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment   ☐ Information    ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1) and 841(b)(1)(A), and (B)(C) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Methamphetamine and Fentanyl

Date:  01/17/2024

*Issuing officer's signature*

City and state:  Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

Warrant executed in Eastern District of Virginia, Richmond, on 1/30/2024.

AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

Benjamin Wills
a/k/a "Jacquonda Baskerville"
a/k/a "Killah"

Defendant

Case No. 4:24cr3

FID. 1632192
HSI

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Benjamin Wills a/k/a "Jacquonda Baskerville" a/k/a "Killah"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1) and 841(b)(1)(A), and (B)(C) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Methamphetamine and Fentanyl

Date: 01/17/2024

*Issuing officer's signature*

City and state: Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/17/24, and the person was arrested on *(date)* 1/30/24
at *(city and state)* Henrico, VA

Date: 1/30/24

*Arresting officer's signature*

Derek Mullins / Special Agent
*Printed name and title*