## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
<u>RICHMOND DIVISION</u>
<u>**Wednesday, January 31, 2024**</u>

**MINUTES OF PROCEEDINGS** IN <u>    Open Court          </u>
**PRESENT**: THE HONORABLE <u>   Roderick C. Young, United States District Judge   </u>
Courtroom Deputy: <u>Julie Jones  </u>
Law Clerk: <u>  Robert Nevin       </u>                                Reporter: <u>  Melissa Custis, OCR   </u>

| Set:  2:00 p.m. | Started:  2:02 p.m. | Ended:  2:18 p.m. |
|---|---|---|

Case No.   4:24cr3

UNITED STATES OF AMERICA

    v.

SIMPSON, *et al.*

**Appearances:**
**AUSA(s):** Eric Hurt appeared on behalf of the government.
**Defendant:** Jacqueline Reiner, CJA, appeared on behalf of defendant Autumn Nicole Simpson. Brittany Mountjoy, CJA, appeared on behalf of defendant Shawn Douglas Cremer. Defendants present in custody.

The matter came before the court for arraignment on 1/31/2024. The Government reviewed the charges and penalties on the record. The Court advised government of its obligations under the Due Process Protections Act (DPPA). DPPA Orders entered. The defendants waived formal arraignment, entered pleas of not guilty and demanded trial by jury. Motions cutoff to be worked out between the parties. Agreed Discovery Orders entered. Court inquired of Government regarding Government's [52] Motion to Designate Case Complex Litigation Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Government heard. No objection by defense counsel. For the reasons stated on the record, the Court GRANTED Government's [52] Motion to Designate Case Complex Litigation and made ends-of-justice finding that due to the complexity of the case and/or in the interests of justice, pursuant to 18 U.S.C. § 3161(h), setting matter outside speedy trial deadline is in interests of justice. Jury trial (15 days) set for <u>7/15/2024</u> at 9:15 a.m. in Richmond Courtroom 6000 before District Judge Roderick C. Young. Court to issue orders. Defendants remanded to custody of USM. Court adjourned.