AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN OPEN COURT

FEB 2 9 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

ORIGINAL

SEALED

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  4:24cr3 |
| Kelly Lynn Love | ) FID: 11632299 |
| | ) MSF |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kelly Lynn Love                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1) and 841(b)(1)(A), and (B)(C) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Methamphetamine and Fentanyl

Date:      01/17/2024

_____
*Issuing officer's signature*

City and state:    Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

| **Return** | |
|---|---|
| This warrant was received on *(date)* 2/29/2024 , and the person was arrested on *(date)* 2/29/2024 at *(city and state)* Norfolk, VA . | |
| Date: 2/29/2024 | _____ *Arresting officer's signature* |
| | George Fox  Special Agent HSI *Printed name and title* |